

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00828-CV

Patricia **SKELTON**,
Appellant

v.

Guy James **GRAY**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16416A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the trial court's judgment dismissing appellant Patricia Skelton's legal malpractice claim is REVERSED and the cause is REMANDED to the trial court for further proceedings in relation to that claim. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED March 14, 2018.

_____
Rebeca C. Martinez, Justice